UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                         Case No. 25-30394
                                          Originating No. 2025 CF2 005565

**JOSEPH JONES,**

       Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JOSEPH JONES,** to answer to charges pending in another federal district, and states:

1. On **June 20, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Superior Court of the District of Columbia based on a Failure to Appear**. **Defendant is charged in that district with Unauthorized Use of a Vehicle.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F.GORGON
United States Attorney


s/Hank Moon
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Hank.Moon@usdoj.gov
(313) 600-9082

Dated: June 20, 2025